UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **REILLY CAVANAUGH,** | * | **CIVIL ACTION NO.: 2:24-cv-595** |
| **INDIVIDUALLY AND ON BEHALF** | * | |
| **OF ALL OTHERS SIMILARLY** | * | **JUDGE:            GUIDRY** |
| **SITUATED, & DANIEL RUSSO** | * | |
| | * | **MAGISTRATE:    CURRAULT** |
| **Plaintiffs** | * | |
| | * | **JURY TRIAL DEMANDED** |
| **VERSUS** | * | |
| | * | |
| **ONPATH FEDERAL** | * | |
| **CREDIT UNION** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

*******************************************

## MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs Reilly Cavanaugh and Daniel Russo who respectfully represent to the court that they no longer wish to pursue the claims in the above-captioned matter and move the court to dismiss such claims with prejudice, each party bearing its own costs.

WHEREFORE, Plaintiffs, Reilly Cavanaugh and Daniel Russo, pray that their motion be granted and that their claims in the above-captioned matter be dismissed, with prejudice, each party bearing its own costs.

[1]

Respectfully submitted,

LILLIS LAW FIRM

/s/ Michael E. Lillis
MICHAEL E. LILLIS (LA BAR #33245)
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone:     (504) 581-9065
Facsimile:      (504) 581-7635

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was filed electronically and that it is available for viewing and downloading on the Court's CM/ECF system by the parties and will be served upon all parties of record by CM/ECF on this 3rd day of September, 2024.

    /s/ Michael E. Lillis
**MICHAEL E. LILLIS**